IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 1:24-cv-01760-SKC-SBP

NORA BASS, individually, and as personal representative
of the ESTATE OF HANS VON OHAIN, deceased; and
R.V.O., a minor, who proceeds by her next friend and
natural guardian NORA BASS,

       Plaintiffs,

v.

TESLA, INC.; and DOES 1 to 25, inclusive,

       Defendants.

## JOINT STATUS REPORT

Plaintiff, Nora Bass, individually, and as personal representative of the ESTATE OF HANS VON OHAIN, deceased; and R.V.O., a minor, who proceeds by her next friend and natural guardian NORA BASS, ("Plaintiffs") and Defendant Tesla, Inc., by and through their respective counsel of record, hereby submit this Joint Status Report as required by the Scheduling Order dated October 24, 2024 (the "Scheduling Order").

**A. Discovery Propounded by Plaintiff:**

Plaintiffs' discovery propounded upon Defendant Tesla, Inc. is as follows: (i) Plaintiffs' First Set of Interrogatories on December 31, 2024; (ii) Plaintiffs' First

Requests for Admission on January 2, 2025; and (iii) Plaintiff's First Request for Production on January 2, 2025.

Plaintiffs subpoenaed the following party for deposition: Erik Rossiter on April 25, 2025, with his deposition currently set for May 7, 2025, at Regus 20 E. Broad St., 2nd and 3rd Floor, Columbus, OH 43215. Plaintiffs anticipate further deposition subpoenas will be forthcoming shortly.

Plaintiffs subpoenaed the records of the following parties: (i) Colorado State Patrol on July 2, 2024; (ii) Evergreen Fire Department on July 24, 2024; (iii) Jefferson County Communications Center Authority on August 16, 2024; and (iv) Clear Creek County Coroner's Office on February 12, 2025.

**B. Discovery Propounded by Defendant Tesla, Inc.:**

Defendant Tesla, Inc. propounded the following discovery upon Plaintiffs: (i) Defendant Tesla, Inc.'s First Requests for Production to Plaintiffs on August 15, 2024; (ii) Defendant Tesla, Inc.'s First Set of Interrogatories to Plaintiffs on October 18, 2024; (iii) Defendant Tesla, Inc.'s Second Requests for Production to Plaintiffs on October 18, 2024; and (iv) Defendant Tesla, Inc.'s First Requests for Admissions to Plaintiffs on October 22, 2024.

Defendant Tesla, Inc. subpoenaed the following parties for deposition: (i) City of Denver in its capacity as owner/operator of Evergreen Golf Course on January 9, 2025; (ii) Erik Rossiter, on February 7, 2025, whose deposition is set forth on the

date and location above; (iii) Plaintiff Nora Bass on February 7, 2025 as amended April 11, 2025 with a deposition date currently set for May 6 at Regus 20 E. Broad St., 2nd and 3rd Floor, Columbus, OH 43215.

Defendant Tesla, Inc. subpoenaed records from the following parties: (i) Bear Creek Golf Club on October 18, 2024; (ii) BC Evergreen on February 21, 2025, supplemented on March 11, 2025; (iii) NCR Voyix Corporation on March 12, 2025; and (iv) Evergreen Mountain Liquors on February 21, 2025. Defendant also filed an intent to subpoena records of T-Mobile on February 7, 2025.

**C. Discovery Responses by Plaintiffs:**

Plaintiffs responded to the following discovery: (i) Plaintiffs' Responses to Defendant's First Set of Interrogatories on November 20, 2024; (ii) Plaintiffs' Responses to Defendant's Second Request for Production on November 20, 2024; (iii) Plaintiffs' Responses to Defendant's Requests for Admission on November 21, 2024; (iv) Plaintiffs' Supplemental Responses and Objections to Defendant's First Request for Production on November 21, 2024; (v) Plaintiff's Supplemental Responses to Defendant's First Interrogatories on December 31, 2024; (vii) Plaintiffs' Supplemental Responses to Defendant's First Interrogatories on December 31, 2024; (viii) Plaintiffs' Supplemental Responses to Defendant's First Requests for Admission on December 31, 2024; and (iv) Plaintiffs' Supplemental Responses to Defendant's Second Requests for Production.

**D. Discovery Responses by Defendant:**

Defendant Tesla, Inc., responded to the following discovery: (i) Defendant Tesla's Responses to Plaintiffs' First Set of Interrogatories on February 14, 2025; (ii) Defendant's Response to Plaintiffs' First Set of Requests for Production on February 14, 2025; and (iii) Defendant's Response to Plaintiffs' First Set of Requests for Admission on February 14, 2025.

Dated: May 1, 2025         s/_____
                           Drew C. Morgan
                           Jonathan A. Michaels
                           MLG Attorneys at Law, APLC
                           600 Anton Blvd., Ste. 1200
                           Costa Mesa, CA 92626
                           Telephone: 949. 581. 6900
                           Email: dmorgan@defectattorney.com
                           jmichaels@defectattorney.com
                           *Attorneys for Plaintiffs*


                           s/ *Samantha LeJune*_____
                           Samantha LeJune
                           Kent Warren
                           Anne C. Warren
                           Bowman & Brooke LLP
                           1942 E. 7th St., Ste. 360
                           Charlotte, NC 28204
                           Telephone: 980.987.3717
                           Email:
                           annie.warren@bowmanandbrooke.com
                           kent.warren@bowmanandbrooke.com

                           Joel H. Smith
                           Bowman & Brooke LLP

1441 Main St., Suite 1200
Columbia, SC 29201
Telephone: 803.726.7422
Email: joel.smith@bownmanandbrooke.com

Clarissa M. Collier
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone: 303.244.1800
Facsimile: 303.244.1879
Email: collier@wtotrial.com
*Attorneys for Defendant Tesla, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on this 1ˢᵗ day of May, 2025, the following was served by electronic mail on all counsel of records, as follows:

1.) **JOINT STATUS REPORT**

*/s/ Sabrina Markarian*

| |
|---|
| Kent Warren<br>Anne C. Warren<br>Bowman & Brooke LLP<br>1942 E. 7th St., Ste. 360<br>Charlotte, NC 28204<br>Telephone: 980.987.3717<br>Email:<br>annie.warren@bowmanandbrooke.com<br>kent.warren@bowmanandbrooke.com |
| Joel H. Smith<br>Bowman & Brooke LLP<br>1441 Main St., Suite 1200<br>Columbia, SC 29201<br>Telephone: 803.726.7422<br>Email:<br>joel.smith@bownmanandbrooke.com |
| Clarissa M. Collier<br>Wheeler Trigg O'Donnell LLP<br>370 Seventeenth Street, Suite 4500<br>Denver, CO 80202<br>Telephone: 303.244.1800<br>Facsimile: 303.244.1879<br>Email: collier@wtotrial.com |

*Attorneys for Defendant Tesla, Inc.*